IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01044-WYD-MJW

ALVARO J. ARNAL,

Plaintiff,

v.

ASPEN VIEW CONDOMINIUM ASSOCIATION, INC.,
a Colorado nonprofit corporation, and
ASPEN SNOWMASS CARE, INC. D.B.A. FIRST CHOICE PROPERTIES &
MANAGEMENT, INC., a Colorado corporation,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion for Joint Depositions of Common Witnesses (**docket no. 31**) is GRANTED finding good cause shown. The parties shall forthwith meet, confer, and set common witness depositions with the companion case of *Macarthur v. Aspen View Condominium Association, Inc*. case no. 15-CV-01439-WYD-MJW.  *See* also ruling by this court on Plaintiff's Motion for Joint Depositions of Common Witnesses in companion case no. 15-CV-01439-WYD-MJW.

Date: November 3, 2015