IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01044-WYD-MJW

ALVARO J. ARNAL,

    Plaintiff,

v.

ASPEN VIEW CONDOMINIUM ASSOCIATION, INC., a Colorado nonprofit corporation,
ASPEN SNOWMASS CARE, INC., d/b/a FIRST CHOICE PROPERTIES &
MANAGEMENT, INC., a Colorado corporation,

    Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    On March 21, 2016, Defendants filed a motion to strike Plaintiff's expert witnesses (ECF No. 58).   It is my preference that these types of evidence-driven motions be filed not more than 75-90 days prior to the Final Trial Preparation Conference.   After the Magistrate Judge enters the Final Pretrial Order, I will schedule both the Final Trial Preparation Conference and jury trial in this matter.   Accordingly, this motion (ECF No. 58) is **DENIED WITHOUT PREJUDICE** for leave to refile not more than 75-90 days prior to the Final Trial Preparation Conference.   The motion for leave to file a sur-reply (ECF No. 67) is **DENIED AS MOOT.**

    Dated: April 26, 2016