IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-1044-WYD-MJW

ALVARO J. ARNAL,

Plaintiff,

v.

ASPEN VIEW CONDOMINIUM ASSOCIATION, INC.;
ASPEN SNOWMASS CARE, INC., d/b/a FIRST CHOICE PROPERTIES & MANAGEMENT, INC.,

Defendants.

---

**ORDER ON PLAINTIFF'S RULE 72 OBJECTION TO MAGISTRATE JUDGE ORDER**

---

THIS MATTER is before the Court in connection with Magistrate Judge Michael J. Watanabe's Order Regarding Plaintiff's Motion to Compel (ECF No. 38) (the "Order"), and Plaintiff's Rule 72 Objection (ECF No. 39), filed in response to that Order.

In his objection, Plaintiff argued that 1) Defendants improperly withheld documents under the HIPAA privacy rule: 2) Defendants should be compelled to disclose the name of a key witness; 3) Defendants should be compelled to produce insurance agreements; and 4) Defendants improperly withheld documents under the attorney work product privilege. Under Fed. R. Civ. P 72, I must consider timely objections and modify or set aside any part of an order that is clearly erroneous or is contrary to law. After review of Judge Watanabe's Order, I do not find that any part of the Order was clearly erroneous or contrary to law. Therefore, Plaintiff's objections unrelated to the HIPAA privilege are overruled.

I recommitted the Order to Judge Watanabe (ECF No. 61) with instructions pertaining only to Defendants' reliance on the HIPAA privacy rule in withholding certain documents. Judge Watanabe issued a minute order (ECF No. 62), instructing Defendants to provide the Court with a supplemental document outlining the specific privileges claimed for the documents withheld as described in ECF No. 37.

Defendants filed a response to the Court's request for clarification and a second amended privilege log (ECF No. 65). Defendants noted that items that were originally withheld under the HIPAA rule were "no longer an issue because they have been produced." ECF No. 65, p. 4. Review of the amended privilege log confirms that Defendants no longer rely on the HIPAA rule to withhold documents.

Judge Watanabe had the benefit of reviewing all of the withheld documents *in camera*, and the only outstanding issue that required the recommitment of Judge Watanabe's Order was that of the HIPAA rule application. Because the HIPAA rule is no longer implicated in Defendants' privilege log, Plaintiff's objections regarding documents withheld under the HIPAA privacy rule are now moot. All other objections are overruled since no part of the Order was clearly erroneous or contrary to law.

Dated: September 15, 2016

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE